|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

BRADLEY STEPHEN COHEN, an individual, and COHEN ASSET MANAGEMENT, INC., a California corporation,

          Plaintiffs,

  vs.

BERKLEY NATIONAL INSURANCE COMPANY,

          Defendant.

Case No.: 2:17-cv-00057-GMN-GWF

**ORDER**

Pending before the Court is the Motion to Amend/Correct the Order on the Motion to Dismiss, (ECF No. 33), filed by Defendant Berkley National Insurance Company ("Defendant"). Plaintiffs Bradley Stephen Cohen ("Cohen") and Cohen Asset Management, Inc. ("CAM") (collectively "Plaintiffs") filed a Non-Opposition, (ECF No. 37).

Upon reviewing Defendant's Motion, and pursuant to Plaintiffs' Non-Opposition, the Court agrees that it will clarify its Order, (ECF No. 29). Specifically, the Court found in that Order that the policies' exclusions apply to Plaintiffs' claims, holding that there is no coverage for the underlying judgment.

Accordingly,

///

///

///

**IT IS HEREBY ORDERED** that Defendant's Motion to Amend/Correct the Order on the Motion to Dismiss, (ECF No. 33), is **GRANTED**. The Court's Order, (ECF No. 29), is clarified pursuant to the foregoing.

**DATED** this __30__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge